IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rose, Phillip

Printed: 12/10/08

Case Number: 05 B 62490
Judge: Goldgar, A. Benjamin
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 2, 2008
Confirmed: January 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,705.00 |  |
| Secured: |  | 5,921.73 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 4,210.00 |
| Trustee Fee: |  | 573.26 |
| Other Funds: |  | 0.01 |
| Totals: | 10,705.00 | 10,705.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 4,210.00 | 4,210.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 6,450.24 | 5,172.27 |
| 3. | Monterey Financial Services | Secured | 971.00 | 749.46 |
| 4. | Internal Revenue Service | Priority | 5,748.59 | 0.00 |
| 5. | Nationwide Acceptance Corp | Unsecured | 78.82 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 1,242.57 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 112.30 | 0.00 |
| 8. | Cavalry Portfolio Services | Unsecured | 53.68 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 81.91 | 0.00 |
| 10. | Activity Collection Svc | Unsecured | 35.81 | 0.00 |
| 11. | CitiFinancial Auto Credit Inc | Unsecured | 505.94 | 0.00 |
| 12. | American General Finance | Unsecured |  | No Claim Filed |
| 13. | SVM Management | Unsecured |  | No Claim Filed |
| 14. | AFNI | Unsecured |  | No Claim Filed |
| 15. | Bennett & Deloney | Unsecured |  | No Claim Filed |
| 16. | MB Financial | Unsecured |  | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 18. | CitiFinancial Auto Credit Inc | Unsecured |  | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 20. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 21. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 22. | SBC | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 24. | TRS Services | Unsecured |  | No Claim Filed |
| 25. | SVM Management | Unsecured |  | No Claim Filed |
| 26. | Account Recovery Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Rose, Phillip

Printed: 12/10/08

Case Number:  05 B 62490
Judge:  Goldgar, A. Benjamin
Filed:  10/16/05

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 28. City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 29. U S Cellular | Unsecured | | No Claim Filed |
| | | $ 19,490.86 | $ 10,131.73 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 66.00 |
| 5% | 40.00 |
| 4.8% | 134.40 |
| 5.4% | 250.31 |
| 6.5% | 82.55 |
| | $ 573.26 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

